**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                    **CASE NO: 6:26-mj-1583-NWH**

**JONATHAN ERIC GARDINER**

---

### FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
### PURSUANT TO RULE 5(C), FED.R.CRIM.P.

Jonathan Eric Gardiner, having been arrested and presented before me for removal proceedings

pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified

in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Complaint from the Southern District of New York.

Based on the defendant's waiver of identity hearing, I find that Jonathan Eric Gardiner is the person named in the warrant for arrest, a copy of which has been produced.

No preliminary hearing has been held because the defendant elects to have the preliminary hearing conducted in the district in which the prosecution is pending.

It is, therefore,

**ORDERED** that JONATHAN ERIC GARDINER be held to answer in the district court in which

the prosecution is pending.   Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on May 19, 2026.

NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

**UNITED STATES OF AMERICA**

**VS.**                                                    **CASE NO: 6:26-mj-1583-NWH**

**JONATHAN ERIC GARDINER**

|                          |
|--------------------------|
| *Defendant*              |

Charging District's
Case No.26-MAG-1865

### COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the      Southern District of New York

The defendant:         is requesting court appointed counsel.


The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.


_____

NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE


**Date:**        **May 19, 2026**

CLOSED,CUSTODY

# U.S. District Court
## Middle District of Florida (Orlando)
## CRIMINAL DOCKET FOR CASE #: 6:26-mj-01583-NWH All Defendants

Case title: USA v. Gardiner

Date Filed: 05/15/2026

Date Terminated: 05/19/2026

Assigned to: Magistrate Judge Nathan W. Hill

**Defendant (1)**

**Jonathan Eric Gardiner**
*TERMINATED: 05/19/2026*

represented by **Carlos M. Fleites**
Law Office of Carlos M. Fleites
1800 SW 27th Avenue
500
Miami, FL 33145
305-672-8434
Email: CMFLEITES@mylawyr.com
*ATTORNEY TO BE NOTICED*

**Joseph Charles Flynn , III**
1238 E. Concord St
Suite 180
Orlando, FL 32801
407-557-6350
Email: trey@treyflynn.com
*TERMINATED: 05/19/2026*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

**Disposition**

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 Complaint | |

---

**Plaintiff**

| **USA** | represented by | **Stephanie Alexa McNeff** |
|---|---|---|
| | | USAO |
| | | Mdfl |
| | | 400 W Washington St |
| | | Suite 3100 |
| | | Orlando, FL 32801 |
| | | 407-648-7517 |
| | | Email: stephanie.mcneff@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2026 | 1 | Arrest pursuant to Rule 5(c)(2) of Jonathan Eric Gardiner from the Southern District of New York. (Attachments: # 1 Rule 5 Complaint)(LDJ) (Entered: 05/15/2026) |
| 05/15/2026 | 3 | NOTICE OF ATTORNEY APPEARANCE: Carlos M. Fleites appearing for Jonathan Eric Gardiner (Fleites, Carlos) (Entered: 05/15/2026) |
| 05/15/2026 | 4 | Minute Entry for In Person proceedings held before Magistrate Judge Nathan W. Hill: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 5/15/2026 as to Jonathan Eric Gardiner from the Southern District of New York. (Digital) (LDJ) (Entered: |

Query     Reports     Utilities     Help     What's New     Log Out

| 05/15/2026 | 5 | CJA 23 Financial Affidavit by Jonathan Eric Gardiner. (LDJ) (Entered: 05/15/2026) |
|---|---|---|
| 05/15/2026 | 6 | ORAL MOTION to Appoint Counsel by Jonathan Eric Gardiner. (LDJ) (Entered: 05/15/2026) |
| 05/15/2026 | 7 | **ORDER of Appointment of CJA Counsel granting 6 Oral Motion to Appoint Counsel as to Jonathan Eric Gardiner (1). Appointment of Attorney Joseph Flynn for Jonathan Eric Gardiner in this District. Signed by Magistrate Judge Nathan W. Hill on 5/15/2026. (LDJ)** (Entered: 05/15/2026) |
| 05/15/2026 | 8 | NOTICE of Amended Standing Order Regarding Due Process Protections Act, 3:25-mc-22-MMH, Doc 1 as to Jonathan Eric Gardiner: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence, as required by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and orders the United States to do so. Violating the Amended Standing Order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. See Order for details. (LDJ) (Entered: 05/15/2026) |
| 05/15/2026 | 9 | ORAL MOTION for Detention by USA as to Jonathan Eric Gardiner. (LDJ) (Entered: 05/15/2026) |
| 05/15/2026 | 10 | ORAL MOTION to Continue Identity, Detention, and Preliminary Hearing by Jonathan Eric Gardiner. (LDJ) (Entered: 05/15/2026) |
| 05/15/2026 | 11 | **ORAL ORDER granting 10 Oral Motion to Continue Identity, Detention, and Preliminary Hearing as to Jonathan Eric Gardiner (1). A separate order of temporary detention to be entered. Rendered in open court by Magistrate Judge Nathan W. Hill on 5/15/2026. (LDJ)** (Entered: 05/15/2026) |
| 05/15/2026 | 12 | **ORDER OF TEMPORARY DETENTION as to Jonathan Eric Gardiner. Identity, Detention, and Preliminary Hearing set for 5/21/2026 at 09:30 AM in Orlando Courtroom 4 D before Magistrate Judge Nathan W. Hill. Signed by Magistrate Judge Nathan W. Hill on 5/15/2026. (LDJ)** (Entered: 05/15/2026) |
| 05/19/2026 | 13 | Joint MOTION to Substitute Attorney by Jonathan Eric Gardiner. (Fleites, Carlos) (Entered: 05/19/2026) |
| 05/19/2026 | 14 | WAIVER of Rule 5 & 5.1 Hearings hearing by Jonathan Eric Gardiner. (Fleites, Carlos) (Entered: 05/19/2026) |
| 05/19/2026 | 15 | **ENDORSED ORDER granting 13 Motion to Substitute Attorney as to Jonathan Eric Gardiner (1). Attorney Joseph Flynn terminated. Signed by Magistrate Judge Nathan W. Hill on 5/19/2026. (Hill, Nathan)** (Entered: 05/19/2026) |
| 05/19/2026 | 16 | NOTICE canceling Identity/Preliminary/Detention hearing scheduled for 05/21/2026 as to Jonathan Eric Gardiner. (JOR) (Entered: 05/19/2026) |
| 05/19/2026 | 17 | **ORDER OF DETENTION PENDING FURTHER PROCEEDINGS. granting 9 Oral Motion for Detention as to Jonathan Eric Gardiner (1). The defendant makes no application for release at this time. A motion for conditions of release and a detention hearing may be filed at a later date. Signed by Magistrate Judge Nathan W. Hill on 5/19/2026. (JOR)** (Entered: 05/19/2026) |

| 05/19/2026 | 19 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the Southern District of New York as to Jonathan Eric Gardiner. Signed by Magistrate Judge Nathan W. Hill on 5/19/2026. (JOR)** (Entered: 05/19/2026) |
|---|---|---|
| 05/19/2026 |  | NOTICE to Southern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Jonathan Eric Gardiner. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (JOR) (Entered: 05/19/2026) |